THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| US BOWLING CORPORATION, a Nevada corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRISTOPHER J. MALONEY, in his separate capacity, and the marital community comprised of CHRISTOPHER J. MALONEY and "JANE DOE" MALONEY, husband and wife; and NORTHWEST BOWLING LLC, a Washington limited liability company,<br><br>　　　　　　　　　　　Defendants. | NO. 3:25-cv-05534-BHS<br><br>JUDGMENT AND ORDER GRANTING PLAINTIFF'S *Ex Parte* MOTION FOR ATTORNEY'S FEES |

　　　Plaintiff's *Ex Parte* Motion for Attorney's Fees is GRANTED. Judgment is hereby entered in favor of Plaintiff against Defendants Christopher J. Maloney and Northwest Bowling, LLC for attorney's fees in the amount of $11,790.75, which attorney's fees are reasonable.

　　　DATED this 8th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT AND ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY'S FEES - 1